IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**SHELBY AIR SERVICE, INC.**                                                                                      **PLAINTIFF**

**V.**                                                   **NO. 4:17-CV-36-DMB-JMV**

**STEVE NEBEL d/b/a Ag Air, LLC**                                                 **DEFENDANT**

### ORDER DISMISSING CASE

On September 1, 2017, Steve Nebel d/b/a Ag Air, LLC filed a "Stipulation of Dismissal with Prejudice," signed by all parties, stating:

> It is hereby stipulated, … that the above-entitled action … may be dismissed with prejudice pursuant to the terms of a Settlement Agreement entered into between the Plaintiff and Defendant, Steve Nebel d/b/a Ag Air, LLC, which Agreement includes full provisions for any and all claims of attorneys' fees and costs arising in this action.

Doc. #13. Accordingly, this case is **DISMISSED with prejudice**.

**SO ORDERED**, this 6th day of September, 2017.

                                                       **/s/Debra M. Brown**
                                                       **UNITED STATES DISTRICT JUDGE**